**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| TIM P. BRUNDLE, on behalf of the Constellis Employee Stock Ownership Plan, ) ) ) Plaintiff, ) ) v. ) ) WILMINGTON TRUST, N.A., as successor to ) Wilmington Trust Retirement and Institutional ) Services Company, ) ) Defendant. ) _____) | Case No. 1:15CV1494-LMB-IDD |

**LIST OF CONFIDENTIAL DOCUMENTS
FILED UNDER SEAL**

**Defendant's Trial Exhibits ("DTX")**

| DTX No. | Description | Bates Nos. |
|---|---|---|
| 24 | Letter from D. Summers to G. Golden re Taylor English representation (10-15-2013) | TED019873-19874 |
| 29 | Email Chain from D. Summers to A. El-Tahch and E. Horn re due diligence (10-29-2013) | TED006409-6411 |
| 30 | Email Chain from J. Protas to E. Horn re Qui Tam suit & Attachment (10-29-2013) | TED010751-10756 |
| 32 | Email Chain from A. El-Tahch to D. Summers and E. Horn re Constellis certifications, etc. (11-1-2013) | TED006007-6012 |
| 33 | Email Chain from T. Ma to A. El-Tahch re due diligence | CSG023507-23509 |
| 34 | Email Chain from J. Janus to E. Horn re Constellis insurance coverage and Constellis Group Insurance Coverages attachment | TED010669-10675 |
| 35 | Email Chain from A. El-Tahch to E. Horn re DCAA audit issues (11-5-2013) | TED010688-10691 |
| 36 | Email Chain from A. El-Tahch to T. Ma re due diligence (11-5-2013) | CSG023750-23752 |
| 37 | Email Chain from J. Janus to E. Horn re KBOSSS and WPS contracts (11-5-2013) | TED010746-10748 |
| 38 | Email Chain from A. El-Tahch to D. Summers and E. Horn re due diligence re DCAA (11-5-2013) | TED005788-5792 |

**EXHIBIT A**

| DTX No. | Description | Bates Nos. |
|---|---|---|
| 45 | Email Chain from T. Ma to K. Bonn et al re Constellis Term Sheet & Attachment (11-13-2013) | TED005653-5665 |
| 46 | Email Chain from T. Ma to K. Bonn, J. Matz, G. Golden, D. Summers, et al. re revised Constellis Term Sheet & attached Constellis ESOP Transaction – Term Sheet _ Revised Final (11/13/2013) | TED005640-005652 |
| 56 | Email Chain from A. El-Tahch to E. Horn (11-15-2013) | TED016010-16036 |
| 59 | Email Chain from E. Horn to T. Ma and G. Thacker re revisions to term sheet & attachment (11-15-2013) | WT_00000212-225 |
| 62 | Email Chain from G. Thacker to D. Summers, et al. re revisions to term sheet & attachment (11/15/2013) | WT_00000404-419 |
| 63 | Email Chain from S. Meza to E. Horn and D. Summers re draft proposed offer to purchase, subordinated promissory note, notice to stockholders, and letter of transmittal to tender shares & attachments (11-15-2013) | TED005724-5775 |
| 64 | Email Chain from E. Horn to S. Meza and D. Summers re revisions to term sheet & attachment (11-15-2013) | WT_00000432-465 |
| 65 | Email Chain from G. Thacker to E. Horn and T. Ma re negotiations of per share value (11-15-2013) | TED005721-5723 |
| 70 | Email Chain from E. Horn to G. Thacker and T. Ma re revisions to term sheet & attachments (11/19/2013) | WT-00000482-511 |
| 71 | Email Chain from G. Thacker to E. Horn and T. Ma (11/20/2013) | WT_00000573-590 |
| 73 | Email Chain from D. Summers to G. Thacker and E. Horn & Attachment (11/21/2013) | WT_00000628-646 |
| 74 | Email Chain from G. Thacker to D. Summer and E. Horn (11/22/2013) | WT_00007557-7576 |
| 75 | Email Chain from D. Summers to G. Thacker and E. Horn Fw: Constellis Term Sheet & Attachment (11/22/2013) | WT_00000693-713 (Dep. Ex. 52) |
| 77 | Email Chain from D. Summers to G. Thacker and E. Horn re final term sheet negotiations & attached final term sheet (11-22-2013) | TED013152-13173 |
| 85 | Email Chain from M. Baluda to E. Horn, R. Vicencio, G. Thacker, and T. Ma regarding Final Term Sheet & Attachment (12-14-2013) | TED009836-9849 |
| 90 | Email Chain from E. Horn to R. Vicencio re DCAA special indemnity & attachments (12-17-2013) | TED016413-16468 |
| 92 | Due Diligence Memorandum from W. Dennis Summers to the ESOP Review Committee, | TED018260-18288 |

**EXHIBIT A**

| DTX No. | Description | Bates Nos. |
|---|---|---|
|  | Wilmington Trust Retirement and Institutional Services Company Re: Constellis Group, Inc. – ESOP Transaction and Redemption (12-18-2013) |  |
| 95 | Email Chain from E. Horn to S. Meza re special indemnity (12-18-2013) | TED019368-19369 |
| 114 | ESOP Seller Loan and Pledge Agreement between Constellis Group and Shareholders of the Company | TED014852-14922 |
| 117 | ESOP note (12-20-2013) | TED022804-22806 |
| 119 | Warrant to Purchase Common Stock (12-27-2013) | ACAD_031147-031160) |
| 169 | Minutes of FSSC (5-6-2014) | WT_00038124 |
| 170 | G. Golden Handwritten Notes (5-6-2013) | WT_00037624-37625 |
| 181 | Stock Purchase Agreement ("SPA") among Constellis ESO Trust, et al. (6-6-2014) | TED017025-017119 |
| 200 | Fairness Opinion Letter from SRR to Wilmington Trust | TED014455-14459 |
|  | Warrant to Purchase Common Stock (12-27-2013) | CLLC040299-040313 |
|  | Constellis Financial Model Comparison | SRR-Constellis-0014452-14458 |
|  | ESOP Company Loan and Pledge Agreement between Constellis and Constellis ESOP (12-20-2013) | TED022807-22826 |
|  | Refinanced ESOP – Company Loan and Pledge Agreement (12-27-2013) | TED027370-27390 |
|  | Letter of Intent to Acquire Constellis Group, Inc. (3-25-2014) | WT_00026928-26936 |

**Deposition Exhibits**

| Deposition Exhibit No. | Description | Bates Nos. |
|---|---|---|
| 01 | The McLean Group – Constellis Group Business Valuation as of January 31, 2013 | CLLC010088-10174 |
| 02 | SRR Constellis Group Analysis of Transaction Fairness Issued 12-20-2013 | SRR-Constellis-0011328-11456 |
| 12 | SRR Constellis Group, Inc. Preliminary Valuation Analysis as of 11-14-2013 – Draft | WT_00023605-023695 |
| 15 | Constellis-SRR statement of representation (12-19-2013) | SRR-Constellis-0013663-13664 |
| 16 | SRR Wilmington Trust Retention Letter (12-20-2013) | WT_00008856-8860 |
| 18 | FSSC Meeting Minutes (11-14-2013) | WT_00004155 |
| 24 | Plaintiff's Rule 26(a)(2) Disclosures) (Messina) (3-2016) | No Bates Nos. |
| 27 | FSSC Meeting Minutes (12-19-2013) | WT_00004148-4149 |

**EXHIBIT A**

| Deposition Exhibit No. | Description | Bates Nos. |
|---|---|---|
| 28 | FSSC Meeting Minutes (6-26-2014) | WT_00004145-4147 |
| 50 | Emails-Materials setting forth preliminary range of value | WT_00036547-36550 |
| 54 | FSCC Meeting Minutes (6-6-2014) | WT_00038121-38123 |
| 55 | J. Matz' Notes from the May 6, 2014 Committee Meeting | WT_00037775-37776 |
| 56 | J. Matz' Notes from the June 6 Meeting on the Constellis Transaction | WT_00036553-36554 |
| 57 | J. Matz' Notes from June 26, 2014 Committee Meeting | WT_00036555-36556 |
| 58 | J. Matz' Notes from the December 19, 2013 Committee Meeting on the Constellis Transaction | WT_00036545-36546 |
| 78 | Email from T. Ma to A. El-Tahch, et al. re October Financials and Other SRR requests (11-23-2013) | SRR-Constellis-0021547-21607 |
| 84 | Constellis Stock Purchase Agreement (12-20-2013) | SRR-Constellis-0007585-7663 |
| 86 | Email from T. Ma to A. El-Tahch re Triple Canopy Pipeline (10-28-2013) | SRR-Constellis-0020703-20707 |
| 128 | J. Tarbell Expert Report (3-14-2016) | No Bates Nos. |
| 129 | J. Tarbell Expert Report (4-13-2016) | No Bates Nos. |
| 134 | SRR Constellis Group, Inc. Analysis of Transaction Fairness (7-25-2014) (color version) | CLLC050067-050200 |
| 136 | Triple Canopy Holdings, Inc. Bylaws | SRR-Constellis-0009140-9155 |
| 144 | Email from G. Golden to J. Matz re FSCC ESOP Fact Sheet (10-9-2013) | WT_00006636-6638 |
| 148 | Email from A. El-Tahch to K. Bonn and G. Golden re Triple Canopy-Constellis Draft Materials (11-12-2013) | WT_00006838 |
| 149 | Email from G. Golden to A. Hall re FSCC Constellis Group Transaction (11-12-2013) | WT_00006839-6930 |
| 151 | Email from G. Golden to A. El-Tahch and K. Bonn re Constellis Due Diligence and Updated Models (11-12-2013) | No Bates Nos. |
| 152 | FSSC Meeting Minutes (11-14-2013) | WT_00004155 |
| 153 | G. Golden Handwritten Notes (11-14-2013) | WT_00036952-36958 |
| 154 | G. Golden Handwritten Notes (11-14-2013) | WT_00036959 |
| 159 | G. Golden Handwritten Notes (12-18-2013) | WT_00036884-36886 |
| 161 | G. Golden Handwritten Notes (12-19-2013) (redacted version) | WT_00036781-36783 |
| 164 | Email from G. Golden to A. Hall, et al. re FSSC Constellis – Triple Canopy Transaction December 19 (4-9-2014) | WT_00010183 |

**EXHIBIT A**

| Deposition Exhibit No. | Description | Bates Nos. |
|---|---|---|
| 165 | Email from K. Bonn to G. Golden et al. re FSSC Constellis – TC Transaction December 19) (4-9-2014) | WT_00010215-10216 |
| 166 | FSSC Meeting Minutes (4-10-2014) | WT_00038125-38127 |
| 167 | G. Golden Handwritten Notes (4-18-2014) | WT_00037721-37726 |
| 169 | G. Golden Handwritten Notes (4-22-2014) | WT_00037718-37720 |
| 175 | G. Golden Handwritten Notes (7-29-2014) | WT_00036559 |
| 190 | Triple Canopy DD Meeting (10-24-2013) | SRR-Constellis-0014279-14281 |
| 201 | Email from A. El-Tahch to E. Horn, et al. re Constellis ESOP Transaction (11-14-2013) | SRR-Constellis-0029335-29338 |
| 218 | Email from M. Mann to G. Thacker re ESOP Valuation Finished (11-15-2013) | CSG027400-27401 |
| 224 | Email from G. Thacker to A. El-Tahch re Warrant | SRR_Constellis-0033808 |
| 230 | Email from H. Chipman to K. Bonn, et al. re Due Diligence Questionnaire (6-11-2013) | WT_00045079 |
| 231 | Wilmington Trust Valuation Firm Due Diligence Questionnaire – SRR (6-11-2013) | WT_00045106-45109 |
| 233 | G. Golden Handwritten Notes (12-19-2013) (unredacted version) | WT_00036781-36783 |
| 234 | G. Golden Handwritten Notes (4-8-2014) (unredacted version) | WT_00037759 |
| 235 | G. Golden Handwritten Notes (5-29-2014) (unredacted version) | WT_00037503 |
| 236 | G. Golden Handwritten Notes (6-2-2014) (unredacted version) | WT_00037499-37502 |
| 237 | G. Golden Handwritten Notes (6-6-2014) (unredacted version) | WT_00037459-37462 |
| 238 | G. Golden Handwritten Notes (6-23-2014) (unredacted version) | WT_00037454-37455 |
| 239 | G. Golden Handwritten Notes (6-26-2014) (unredacted version) | WT_00037370-37373 |
| 245 | Investor Rights Agreement (12-20-2013) | TED-002857-2882 |

**Deposition Transcript Excerpts**

| MISO Ex. | Deponent | Deposition Tr. Excerpts |
|---|---|---|
| K | Andrew Halldorson | 72:7-74:16, 208:6-209:22 |

81579560_1

**EXHIBIT A**