IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TIM P. BRUNDLE, on behalf of the )
   Constellis Employee Stock Ownership Plan and a )
   class of other individuals similarly situated, )
                                                                                        )
                  Plaintiff, )
                                       )
        v. )                1:15-cv-1494 (LMB/IDD)
                                       )
WILMINGTON TRUST N.A., as successor to )
   Wilmington Trust Retirement and Institutional )
   Services Company )
                                       )
                  Defendant. )
                                       )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that a judgment in the amount of $29,773,250.00 be and is entered in favor of the plaintiff, Tim P. Brundle, on behalf of the Constellis Employee Stock Ownership Plan.

The Clerk is directed to enter judgment in plaintiff's favor pursuant to Fed. R. Civ. P. 58 and forward copies of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered this 13th day of March, 2017.

Alexandria, Virginia

                                                   /s/
                                        Leonie M. Brinkema
                                        United States District Judge