IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TIM P. BRUNDLE, on behalf of the Constellis Employee Stock Ownership Plan and a class of other individuals similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | 1:15-cv-1494 (LMB/IDD) |
| WILMINGTON TRUST N.A., as successor to Wilmington Trust Retirement and Institutional Services Company ) ) ) ) | |
| Defendant. ) ) | |

## ORDER

Before the Court is a Joint Motion for Extension of Time to File Motions for Attorneys' Fees, Costs and Expenses, and Bill of Costs ("Joint Motion"), which establishes good cause for the relief requested. Accordingly, the Joint Motion [Dkt. 299] is GRANTED and it is hereby

ORDERED that plaintiff file the bill of costs and any motion for attorneys' fees, costs and expenses on or before Monday, April 10, 2017; and it is further

ORDERED that defendant file any reply by Thursday, May 11, 2017.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 23rd day of March, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge