IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **TIM P. BRUNDLE, on behalf of the Constellis Employee Stock Ownership Plan,**<br><br>Plaintiff,<br><br>v.<br><br>**WILMINGTON TRUST, N.A., as successor to WILMINGTON TRUST RETIREMENT AND INSTITUTIONAL SERVICES COMPANY,**<br><br>Defendant. | Civil Action No. 1:15-cv-1494 (LMB/IDD) |

**PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES AND COSTS, AND PLAINTIFF'S COUNSEL'S MOTION
FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Plaintiff Tim P. Brundle, on behalf of the Constellis Employee Stock Ownership Plan, by counsel, and Plaintiff's Counsel, for the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees and Costs, and Plaintiff's Counsel's Motion for Attorneys' Fees and Reimbursement of Expenses, and the accompanying declarations, move this Court to enter an order (1) awarding Plaintiff and the Plan attorneys' fees and costs pursuant to ERISA § 502(g), 29 U.S.C. § 1132(g), and Local Civil Rule 54(D); and (2) awarding Plaintiff's Counsel attorneys' fees pursuant to the common fund doctrine and reimbursement of expenses reasonably incurred in prosecuting this action to judgment.

**CERTIFICATION**

Pursuant to Rule 37(a)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 37(E), undersigned counsel states that counsel for Plaintiff has in good faith conferred with

counsel for Defendant. Counsel were unable to reach an agreement on the issues contained in this Motion and corresponding Memorandum in Support.

Date:   April 10, 2017

/s/ Gregory Y. Porter
Gregory Y. Porter
BAILEY & GLASSER LLP
1054 31st Street, NW, Suite 230
Washington, DC 20007
Tel: 202-463-2101
Fax: 202-463-2103
gporter@baileyglasser.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of April 2017, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send such notification to the following:

James P. McElligott, Jr.
Stephen W. Robinson
Summer L. Speight
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102-4215
Telephone: (703) 712-5350
Facsimile: (703) 712-5299
jmcelligott@mcguirewoods.com
srobinson@mcguirewoods.com
sspeight@mcguirewoods.com

Sarah Aiman Belger
Odin, Feldman, Pittleman, PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Telephone: (703) 218-2161
Facsimile: (703) 218-2160
Sarah.Belger@ofplaw.com

*Counsel for Defendant*

    s/ Gregory Y. Porter
Gregory Y. Porter (VSB No. 40408)
BAILEY & GLASSER LLP
1054 31st Street, NW, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
*Attorney for Plaintiff*