IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TIM P. BRUNDLE, on behalf of the Constellis Employee Stock Ownership Plan and a class of other individuals similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>WILMINGTON TRUST N.A., as successor to Wilmington Trust Retirement and Institutional Services Company<br><br>   Defendant. | 1:15-cv-1494 (LMB/IDD) |

## ORDER

Before the Court is a Joint Motion to Set Agreed Scheduling Order ("Joint Motion"). The parties' proposed briefing schedule is acceptable; however, the Court will be holding its docket on Thursday, May 25, 2017 rather than Friday, May 26, 2017. Accordingly, the Joint Motion [Dkt. 316] is GRANTED IN PART and it is hereby

ORDERED that the following schedule be and is adopted:

1. Defendant shall file any opposition to the Motion for Attorneys' Fees and Plaintiff shall file any opposition to the Rule 59 Motion on or before May 11, 2017;

2. Plaintiff shall file any reply in support of the Motion for Attorneys' Fees and Defendant shall file any reply in support of the Rule 59 Motion on or before May 19, 2017; and

3. The hearing date for the Motion for Attorneys' Fees and the Rule 59 Motion shall be Thursday, May 25, 2017.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 20 day of April, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge