IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TIM P. BRUNDLE, on behalf of the Constellis Employee Stock Ownership Plan and a class of other individuals similarly situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15-cv-1494 (LMB/IDD) |
| | ) | |
| WILMINGTON TRUST N.A., as successor to Wilmington Trust Retirement and Institutional Services Company | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

## ORDER

In the Reply Memorandum in Support of Plaintiff's Motion for Attorneys' Fees and Costs,

and Plaintiff's Counsel's Motion for Attorneys' Fees and Reimbursement of Expenses, plaintiff

and his counsel represent that they have entered into a contractual arrangement for a contingent

fee.  [Dkt. 328] at 7.  The Court has not been provided with a copy of this agreement.

Accordingly, it is hereby

ORDERED that plaintiff file a copy of the contingent fee agreement with the Court

forthwith.   If counsel believes that the agreement would reveal proprietary information, the

document may be filed under seal, but not ex parte.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 24 day of May, 2017.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge