**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| TIM P. BRUNDLE, on behalf of the Constellis Employee Stock Ownership Plan, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) ) Case No. 1:15-cv-1494 (LMB/IDD) |
| WILMINGTON TRUST N.A., as successor to Wilmington Trust Retirement and Institutional Services Company, | ) ) ) ) |
| *Defendant.* | ) ) |

## DEFENDANT WILMINGTON TRUST N.A.'S NOTICE OF APPEAL

Notice is hereby given that Defendant Wilmington Trust, N.A. ("Wilmington Trust"), by and through counsel, appeals to the United States Court of Appeals for the Fourth Circuit from:

1. the District Court's April 15, 2016 Order (ECF No. 89) denying Wilmington Trust's Motion to Dismiss First Amended Class Action Complaint;

2. the District Court's October 20, 2016 Order (ECF No. 258) and November 3, 2016 Memorandum Opinion (ECF Nos. 260, 261) granting in part Plaintiff's Motion for Partial Summary Judgment and denying Wilmington Trust's Motion for Summary Judgment and Motion to Exclude Expert Testimony of Dana Messina;

3. the Judgment entered in this action by the District Court on March 13, 2017 (ECF No. 297) giving effect to the District Court's March 13, 2017 Memorandum Opinion (ECF No. 294) and Order (ECF No. 295);

4. the District Court's May 16, 2017 Order (ECF No. 326) granting Plaintiff's Motion to Strike and ordering that the Tarbell declaration be stricken;

5. the District Court's June 23, 2017 Memorandum Opinion (ECF No. 337) and Order

(ECF No. 338), which denied Wilmington Trust's Motion to Amend the Judgment

Pursuant to Rule 59(e), or, in the Alterative, For a New Trial Pursuant to Rule 59(a),

awarded Plaintiff attorneys' fees in the amount of $1,819,631.11, and found a common

fund or contingent fee award appropriate under the Employee Retirement Income

Security Act of 1974, 29 U.S.C. § 1001 *et seq.*; and

6. all other rulings and orders adverse to Wilmington Trust that are reviewable in the

appeal.

Additionally, Wilmington Trust certifies that on this day, July 21, 2017, it, through its

counsel, tendered payment of $505.00 to the United States District Court for the Eastern District

of Virginia for the filing fee associated with this appeal.

**WILMINGTON TRUST, N.A.**
**By Counsel**

/s/ *James P. McElligott, Jr.*
James P. McElligott, Jr.  (VSB # 14109)
Summer L. Speight (VSB No. 80957)
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: 804-775-1000
Facsimile:  804-775-1061
jmcelligott@mcguirewoods.com
sspeight@mcguirewoods.com

Stephen W. Robinson (VSB No. 15337)
Nicholas D. SanFilippo (VSB No. 79018)
**McGuireWoods LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102-4215
Telephone: 703-712-5000
Facsimile:  703-712-5050
srobinson@mcguirewoods.com
nsanfilippo@mcguirewoods.com

Sarah A. Belger (VSB No. 67947)
**Odin, Feldman & Pittleman, P.C.**
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Telephone: 703-218-2161 (Belger)
Facsimile:  703-218-2160
sarah.belger@ofplaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all registered counsel of record in this action listed below:

Gregory Y. Porter (VSB No. 40408)
Ryan T. Jenny
  (admitted *pro hac vice*)
Patrick Owen Muench
  (admitted *pro hac vice*)
Counsel for Plaintiff
**Bailey & Glasser, LLP**
1054 31st Street, N.W., Suite 230
Washington, D.C.  20007
Telephone:  202-463-2101
Facsimile:  202-463-2103
Email:  gporter@baileyglasser.com
rjenny@baileyglasser.com
pmuench@baileyglasser.com

Athanasios Basdekis (VSB No. 50913)
Brian Alexander Glasser
  (admitted *pro hac vice*)
*Counsel for Plaintiff*
**Bailey & Glasser, LLP**
209 Capitol Street
Charleston, WV  25301
Telephone:  304-345-6555
Facsimile:  304-342-1110
Email:  bglasser@baileyglasser.com
tbasdekis@baileyglasser.com

*Counsel for Plaintiff*

Benjamin Pederson Lajoie
(admitted *pro hac vice*)
**Bailey & Glasser LLP**
99 High Street
Suite 304
Boston, MA 02110
Telephone:  617-439-6730
Facsimile:  617-951-3954
Email:  blajoie@baileyglasser.com

*Counsel for Plaintiff*

Edward Lee Isler (VSB No. 27985)
Micah E. Ticatch (VSB No. 83351)
**Isler Dare, P.C.**
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Telephone:  748-2690
Facsimile:  748-2695
Email:  mticatch@islerdare.com
Email:  eisler@islerdare.com

*Counsel for Nonparty Constellis Group, Inc.*

/s/   *James P. McElligott, Jr.*
James P. McElligott, Jr.  (VSB # 14109)
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: 804-775-1000
Facsimile: 804-775-1061
jmcelligott@mcguirewoods.com