Deanne Greene-Johnson
1224 Rhodes Walk
Conyers, GA 30094
470-435-1106
deannegreene@netscape.net

Clerk of Court
United States District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Gregory Y. Porter
BAILEY & GLASSER LLP
1054 31st Street, NW
Suite 230
Washington, DC 20007

Stephen W. Robinson
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102-4215

Case: Brundle v. Wilmington Trust
Case #: 1:15-cv-1494

15 August 2017

I object to the fee request.

I am an ESOP participant by investing through my previous employer Triple Canopy. I should not be penalized for the trustee for the ESOP violations.

Deanne Greene-Johnson