**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **TIM P. BRUNDLE, on behalf of the Constellis Employee Stock Ownership Plan,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WILMINGTON TRUST, N.A., as successor to WILMINGTON TRUST RETIREMENT AND INSTITUTIONAL SERVICES COMPANY,**<br><br>**Defendant.** | **Civil Action No. 1:15-cv-1494 (LMB/IDD)** |

**NOTICE OF FILING OF DECLARATION OF
<u>NOTICE ADMINISTRATOR</u>**

PLEASE TAKE NOTICE that attached to this Notice as Exhibit 1 is the Declaration of Markham Sherwood attesting to the facts concerning the procedure for the notice ordered in the Order dated August 2, 2017 (Dkt. 347).

Dated: September 29, 2017

Respectfully submitted,

BAILEY & GLASSER LLP

/s/ Gregory Y. Porter
Gregory Y. Porter (VSB No. 40408)
Brian A. Glasser (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
Patrick O. Muench (*pro hac vice*)
1054 31st Street, NW, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
gporter@baileyglasser.com
bglasser@baileyglasser.com
rjenny@baileyglasser.com

pmuench@baileyglasser.com

Thanos Basdekis (VSB No. 50913)
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
tbasdekis@baileyglasser.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September 2017, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send such notification to the following:

James P. McElligott, Jr.
Summer L. Speight
Nicholas DelVecchio SanFilippo
*Counsel for Defendant*
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA  23219-3916
Telephone:  804-775-4329
Facsimile:  804-698-2111
Email:  jmcelligott@mcguirewoods.com
speight@mcguirewoods.com
nsanfilippo@mcguirewoods.com

Stephen W. Robinson
John E. Thomas, Jr.
*Counsel for Defendant*
**McGuireWoods LLP**
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia  22102-4215
Telephone:  (703) 712-5000
Facsimile:  (703) 712-5050
Email:  srobinson@mcguirewoods.com
jethomas@mcguirewoods.com

Sarah Aiman Belger
*Counsel for Defendant*
**Odin Feldman & Pittleman PC**
1775 Wiehle Ave., Suite 400
Reston, VA 20190
(703) 218-2161
Sarah.Belger@ofplaw.com

s/ Gregory Y. Porter
Gregory Y. Porter (VSB No. 40408)
