IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TIM P. BRUNDLE, on behalf of the Constellis Employee Stock Ownership Plan and a class of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST N.A., as successor to Wilmington Trust Retirement and Institutional Services Company,<br><br>Defendant. | 1:15-cv-1494 (LMB/IDD) |

ORDER

For the reasons stated in open court, plaintiff's Motion for Attorneys' Fees and Costs, and Plaintiff's Counsel's Motion for Attorney's Fees and Reimbursement of Expenses [Dkt. No. 312] is GRANTED IN PART and DENIED IN PART; and it is hereby

ORDERED that, in addition to the attorney's fees already awarded, Dkt. No. 338, plaintiff's counsel be and is awarded additional attorney's fees in the amount of $1,500,000 to be paid from the common fund; that is, the Constellis Employee Stock Ownership Plan.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 13 day of October, 2017.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge