# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **TIM P. BRUNDLE, on behalf of the Constellis Employee Stock Ownership Plan,**<br><br>    Plaintiff,<br><br>v.<br><br>**WILMINGTON TRUST, N.A., as successor to WILMINGTON TRUST RETIREMENT AND INSTITUTIONAL SERVICES COMPANY,**<br><br>    Defendant. | **Civil Action No. 1:15cv1494-LMB-IDD** |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Tim P. Brundle appeals to the United States Court of Appeals for the Fourth Circuit from the order on Plaintiff's Counsel's Motion for Attorneys' Fees and Reimbursement of Expenses entered in this action on October 13, 2017 (Doc. Entry 417).

Dated: October 18, 2017

Respectfully submitted,

BAILEY & GLASSER LLP

s/ Gregory Y. Porter
Gregory Y. Porter (VSB No. 40408)
1054 31st Street, NW,
Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October 2017, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send such notification to the following:

James P. McElligott, Jr.
Summer L. Speight
Nicholas DelVecchio SanFilippo
*Counsel for Defendant*
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-4329
Facsimile: (804) 698-2111
jmcelligott@mcguirewoods.com
sspeight@mcguirewoods.com
nsanfilippo@mcguirewoods.com

Stephen W. Robinson
John E. Thomas, Jr.
**McGuire Woods LLP**
1750 Tysons Blvd., Suite 1800
Tysons Corner, VA 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
srobinson@mcguirewoods.com
jethomas@mcguirewoods.com

Sarah Aiman Belger
**Odin Feldman & Pittleman PC**
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Telephone: (703) 218-2161
Sarah.Belger@ofplaw.com

*Counsel for Defendant*

s/ Gregory Y. Porter
Gregory Y. Porter (VSB No. 40408)