## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| TIM P. BRUNDLE, on behalf of the Constellis Employee Stock Ownership Plan, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) Case No. 1:15-cv-1494 (LMB/IDD) |
| WILMINGTON TRUST N.A., as successor to Wilmington Trust Retirement and Institutional Services Company, | ) ) ) ) |
| *Defendant.* | ) ) ) |

## DEFENDANT WILMINGTON TRUST N.A.'S NOTICE OF CROSS-APPEAL

Notice is hereby given that Defendant Wilmington Trust, N.A. ("Wilmington Trust"), by and through counsel, appeals to the United States Court of Appeals for the Fourth Circuit from the District Court's October 13, 2017 Order (ECF No. 417), which granted in part Plaintiff's Motion for Attorneys' Fees and Costs and Plaintiff's Counsel's Motion for Attorneys' Fees and Reimbursement of Expenses.

Additionally, Wilmington Trust certifies that on this day, November 9, 2017, it, through its counsel, tendered payment of $505.00 to the United States District Court for the Eastern District of Virginia for the filing fee associated with this cross-appeal.

**WILMINGTON TRUST, N.A.**
**By Counsel**

/s/   *James P. McElligott, Jr.*
James P. McElligott, Jr.  (VSB # 14109)
Summer L. Speight (VSB No. 80957)
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2017, I will electronically file the foregoing with the

Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all

registered counsel of record in this action listed below:

Gregory Y. Porter (VSB No. 40408)
Ryan T. Jenny
  (admitted *pro hac vice*)
Patrick Owen Muench
  (admitted *pro hac vice*)
Counsel for Plaintiff
**Bailey & Glasser, LLP**
1054 31st Street, N.W., Suite 230
Washington, D.C. 20007
Telephone: 202-463-2101
Facsimile: 202-463-2103
Email: gporter@baileyglasser.com
rjenny@baileyglasser.com
pmuench@baileyglasser.com

Benjamin Pederson Lajoie
(admitted *pro hac vice*)
**Bailey & Glasser LLP**
99 High Street
Suite 304
Boston, MA 02110
Telephone: 617-439-6730
Facsimile: 617-951-3954
Email: blajoie@baileyglasser.com

*Counsel for Plaintiff*

Athanasios Basdekis (VSB No. 50913)
Brian Alexander Glasser
  (admitted *pro hac vice*)
*Counsel for Plaintiff*
**Bailey & Glasser, LLP**
209 Capitol Street
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110
Email: bglasser@baileyglasser.com
tbasdekis@baileyglasser.com

*Counsel for Plaintiff*

Edward Lee Isler (VSB No. 27985)
Micah E. Ticatch (VSB No. 83351)
**Isler Dare, P.C.**
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Telephone: 748-2690
Facsimile: 748-2695
Email: mticatch@islerdare.com
Email: eisler@islerdare.com

*Counsel for Constellis Group, Inc.*

/s/   *James P. McElligott, Jr.*
James P. McElligott, Jr.  (VSB # 14109)
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: 804-775-1000
Facsimile: 804-775-1061
jmcelligott@mcguirewoods.com

3