**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **TIM P. BRUNDLE, on behalf of the Constellis Employee Stock Ownership Plan,**    )<br>)<br>)<br>**Plaintiff,**    )<br>)<br>**v.**    )<br>)<br>**WILMINGTON TRUST, N.A., as successor to WILMINGTON TRUST RETIREMENT AND INSTITUTIONAL SERVICES COMPANY**    )<br>)<br>)<br>)<br>**Defendant.**    )<br>) | Case No.  1:15-cv-1494 (LMB/IDD) |

**CONSTELLIS GROUP, INC.'S MOTION TO AMEND ORDER
AWARDING ADDITIONAL ATTORNEYS' FEES TO PLAINTIFF'S COUNSEL**

Constellis Group, Inc. ("Constellis"), by counsel, hereby moves, pursuant to Federal Rule of Civil Procedure 59(e), for the Court to amend its October 13, 2017 Order, which awarded additional attorneys' fees to Plaintiff's Counsel.  The grounds for this Motion are set forth in the accompanying memorandum.

Dated: November 13, 2017         Respectfully submitted,

                                                  /s/
                                  Edward Lee Isler, Va. Bar No. 27985
                                  Micah E. Ticatch, Va. Bar No. 83351
                                  ISLER DARE, P.C.
                                  1945 Old Gallows Road, Suite 650
                                  Vienna, Virginia 22182
                                  (703) 748-2690
                                  (703) 748-2695 (fax)
                                  eisler@islerdare.com
                                  mticatch@islerdare.com
                                  *Counsel for Constellis Group, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of November, 2017, I filed the foregoing with the Court's electronic filing system, which will effect notice on counsel of record:

      Gregory Y. Porter
      Ryan T. Jenny
      BAILEY & GLASSER, LLP
      1054 31st Street, N.W., Suite 230
      Washington, D.C. 20007
      Telephone: 202-463-2101
      Facsimile: 202-463-2103
      gporter@baileyglasser.com
      rjenny@baileyglasser.com
      *Counsel for Plaintiff*

      Stephen W. Robinson (VSB No. 15337)
      *Counsel for Defendant*
      MCGUIRE WOODS LLP
      1750 Tysons Boulevard, Suite 1800
      Tysons, Virginia 22102-4215
      Telephone: (703) 712-5469
      Facsimile: (703) 712-5258
      srobinson@mcguirewoods.com

      *Counsel for Defendant*

      /s/
      Edward Lee Isler, Va. Bar No. 27985
      Micah E. Ticatch, Va. Bar No. 83351
      ISLER DARE, P.C.
      1945 Old Gallows Road, Suite 650
      Vienna, Virginia 22182
      (703) 748-2690
      (703) 748-2695 (fax)
      eisler@islerdare.com
      mticatch@islerdare.com
      *Counsel for Constellis Group, Inc.*