IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TIM P. BRUNDLE, on behalf of the Constellis Employee Stock Ownership Plan and a class of other individuals similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:15-cv-1494 (LMB/IDD) |
| WILMINGTON TRUST N.A., as successor to Wilmington Trust Retirement and Institutional Services Company, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## AMENDED ORDER

For the reasons stated in open court and in the Order issued this day [Dkt. No. 435], plaintiff's Motion for Attorneys' Fees and Costs, and Plaintiff's Counsel's Motion for Attorney's Fees and Reimbursement of Expenses [Dkt. No. 312] is GRANTED IN PART and DENIED IN PART; and it is hereby

ORDERED that, in addition to the attorney's fees already awarded against the defendant, plaintiff's counsel be and is awarded additional attorney's fees in the amount of $1,500,000.00 to be paid out of the $29,773,250.00 previously awarded to Tim P. Brundle on behalf of the Constellis Employee Stock Ownership Plan ("ESOP") [Dkt. No. 295], and it is further

ORDERED that the remaining portion of the damages be deposited into the ESOP.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 8th day of December, 2017.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge